UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BARBARA JEAN BRULPORT, Individually and as Administratrix of the Estate of Steven Bruce Brulport, Deceased<br><br>Plaintiff,<br><br>vs.<br><br><br>A.W. Chesterton Company, et al.<br><br>Defendants. | Case 1:23-cv-03320-JMF<br><br>**Assigned Judge:**<br><br>**Hon. Jesse M. Furman** |

## [PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR REMAND

Upon Plaintiff's motion, pursuant to 28 U.S.C. § 1447, to remand this action to the New York State Supreme Court, New York City Asbestos Litigation, and the Court having determined that the bases set forth in Plaintiff's Motion establish just cause for the relief requested, and upon all of the proceedings had before the Court and after due deliberation and sufficient cause appearing therefor, it is hereby ordered that Plaintiff's request to remand this action to the court from which it was removed, the New York State Supreme Court, New York City Asbestos Litigation, is **GRANTED**. The Clerk of Court is directed to remand this action forthwith, to terminate ECF No. 12, and to close the case on this Court's docket.

Dated: ___May 12___, 2023

_____
Judge Jesse M. Furman